**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**
**CASE NO. 20-CI-003333**

| | |
|---|---|
| LA MICHAEL THOMAS, | ) |
| | ) |
| Plaintiff, | )  Case No. 21-CI-003333 |
| | ) |
| vs. | ) |
| | ) |
| THE HERTZ CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant The Hertz Corporation, by and through its attorneys, in accordance with 28 U.S.C. § 1446(d), hereby provides this notice that, by filing the proper papers attached hereto as **EXHIBIT A** in the United States District Court for the Western District of Kentucky, on this date, it hereby removes the above-styled action pending in this Court to the United States District Court for the Western District of Kentucky for adjudication by the United States District Court.

Defendant requests that the Clerk of this Court take any appropriate steps required, pursuant to this notice, and that no further action be taken herein.

SIGNATURES ON NEXT PAGE

| | |
|---|---|
| Date: August 2, 2021 | Respectfully submitted, |
| | /s/ William A. Blue, Jr. |
| | William A. Blue, Jr., KY BPR No. 92396 |
| | zblue@constangy.com |
| | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| | 401 Commerce Street, Suite 1010 |
| | Nashville, TN 37219 |
| | 615.340.3800 |
| | |
| | *Counsel for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** has been furnished to counsel/parties listed below via the Court's Electronic Filing System and/or email on this 2nd day of August 2, 2021:

Kurt A. Scharfenberger
kurt@scharfenberger-law.com
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY  40202
(502) 562-0777 (Phone)
(502) 236-0888 (Fax)

                                               */s/ William A. Blue, Jr.*
                                               William A. Blue, Jr.

Filed     21-CI-003333    06/09/2021    David L. Nicholson, Jefferson Circuit Clerk

| | |
|---|---|
| CIVIL ACTION NO. _____ | JEFFERSONS CIRCUIT COURT |
| | DIVISION _____ |
| | JUDGE: _____ |
| **LA MICHAEL THOMAS**<br>10625 IRVIN PINES DRIVE<br>LOUISVILLE, KY 40229 | **PLAINTIFF** |
| V. | **JURY FEE PAID** |
| **COMPLAINT**<br>(Electronically Filed) | |
| **THE HERTZ CORPORATION**<br>8501 WILLIAMS ROAD<br>ESTERO, FL 33928 | **DEFENDANT** |
| SERVE:   C T CORPORATION SYSTEM<br>306 W MAIN ST<br>SUITE 512<br>FRANKFORT, KY 40601 | |

## I.   INTRODUCTION

Comes the Plaintiff, **LA MICHAEL THOMAS** (hereinafter "**THOMAS**" or "Plaintiff"), and for his Complaint against the Defendant, THE HERTZ CORPORATION, Inc. (hereinafter "**THE HERTZ CORPORATION**" or "Defendant") states as follows:

## II.   PARTIES

1. **THOMAS** is an individual living in Kentucky.

2. **THE HERTZ CORPORATION** is a corporation doing business in Kentucky.

## III.   JURISDICTION AND VENUE

3. **THE HERTZ CORPORATION** is an entity with a place of business located in Kentucky.

4. **THOMAS** is a Kentucky resident.

---

Page 1

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000001 of 000004

5. **THE HERTZ CORPORATION** regularly transacts business in JEFFERSONS County, Kentucky and maintains a place of business in JEFFERSON County, Kentucky.

6. Venue is proper in JEFFERSON County, Kentucky, pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in JEFFERSON County, Kentucky. The amount in controversy exceeds the jurisdictional limit of this court but is less than $75,000 inclusive of fees, punitive damages and the fair value of any injunctive relief.

7. THOMAS worked for THE HERTZ CORPORATION as a customer service representative in Louisville, Kentucky. THOMAS worked for THE HERTZ CORPORATION at its Kentucky facilities from July 2018 until May 2021. Plaintiff earned $13.28 per hour while employed by the Defendant.

8. During Plaintiff's employment THOMAS was subjected to inappropriate comments of a sexual nature by an employee of the Defendant (Mark Tillman). In addition to inappropriate comments, the harasser followed Plaintiff to the restroom.

9. In response to the harassment, the Plaintiff complained to Jacob Profogle and Rayanna Hansford. The harassment, however, did not stop and Plaintiff was forced to complain, yet again.

10. Plaintiff was thereafter terminated in retaliation for Plaintiff's complaints.

## IV.   CLAIMS AND CAUSES OF ACTION

### A.   RETALIATION

11. THOMAS re-alleges all allegations contained in Paragraphs 1 through 10 above as if fully set forth herein.

12. Defendant's actions as set forth above, constitute retaliation and unlawful discharge in violation of KRS 344.280 et seq.

### B. RECOVERY OF ATTORNEY'S FEES AND COSTS

13. THOMAS re-alleges all allegations contained in Paragraphs 1 through 12 above as if fully set forth herein.

14. THOMAS is entitled to recover Plaintiff's attorney's fees and costs pursuant to the provisions of KRS 344 et seq.

### C. SEXUAL HARASSMENT

15. THOMAS re-alleges all allegations contained in Paragraphs 1 through 14 above as if fully set forth herein.

16. The Defendant's actions constitutes sexual harassment and a hostile work environment in violation of KRS 344 *et seq.*

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff **THOMAS** respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damage awards, verdicts or judgments.

H. To all other relief to which it may appears Plaintiff is entitled.

Page 3 of 4

Respectfully submitted,

/S/ Kurt A. Scharfenberger

---

Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 561-0777 (phone)
(502) 236-0888 (fax)
Kurt@scharfenberger-law.com

*Attorney for the Plaintiff* **LA MICHAEL THOMAS**